

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| SCOTT EDWARD KNIGHT,<br>    Petitioner, | ) <br> ) <br> ) | Civil Action No. 7:14-cv-00236 |
| v. | ) <br> ) <br> ) | ORDER |
| DIRECTOR OF DEPARTMENT OF<br>CORRECTIONS,<br>    Respondent. | ) <br> ) <br> ) | By:   Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Respondent's motion to dismiss is **GRANTED**; the petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, is **DISMISSED without prejudice** as unexhausted; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send certified copies of this Order and the accompanying Memorandum Opinion to Petitioner and counsel of record for Respondent.

**ENTER**: This 21st day of October, 2014.

                                              Senior United States District Judge